Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Matthew R. Snyder (SBN 350907)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
msnyder@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS, et al., | Case No. 23-cv-04315-AGT |
| Plaintiff, | |
| -vs- | **JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |
| WAL-MART.COM USA, LLC, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiffs' individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

///

Respectfully submitted June 2, 2025

By:    /s/ Todd M. Friedman
       Todd M. Friedman
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiffs

By:    /s/ Kyle C. Wong
       Kyle C. Wong
       COOLEY LLP
       Attorney for Walmart.com USA, LLC

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: June 2, 2025

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:    /s/ Todd M. Friedman
       Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

Filed electronically on this 2nd Day of June, 2025, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 2nd Day of June, 2025.

By: /s/ Todd M. Friedman
    Todd M. Friedman
    Attorney for Plaintiff